**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARTFORD INSURANCE COMPANY OF ILLINOIS, | ) ) ) Case No. 20-cv-03203 |
| Plaintiff, | ) ) |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| MIDWEST STAFFING SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

PLEASE TAKE NOTICE, that Plaintiff Hartford Insurance Company of Illinois hereby voluntarily dismisses the above captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: September 15, 2020

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: */s/ Justin Dobek*
Attorneys for Plaintiff

Justin Dobek
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Telephone: (312) 821-6105 | Facsimile: (312) 704-1522
justin.dobek@wilsonelser.com

8433475v.1